151 A.3d 983

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. QUI-SAN RICHARDSON (A/K/A MARQUISE L.
MAXEY), DEFENDANT-PETITIONER.

September 28, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-000316-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

151 A.3d 983

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. RYAN RAMEY, DEFENDANT-PETITIONER.

September 28, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-000721-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.